UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL GREER-WELLS,<br><br>　　　Plaintiff,<br><br>v.<br><br>T. MALONE, *et al*.,<br><br>　　　Defendants. | Case No. 2:20-cv-0872-GMN-NJK<br><br>**ORDER** |

Plaintiff has filed an updated address with this Court that is at a location other than a facility operated by the Nevada Department of Corrections (NDOC). According to the NDOC inmate database, Plaintiff is no longer a prisoner in the custody of the NDOC.

As Plaintiff is no longer incarcerated, he must either (a) file a federal non-prisoner application to proceed *in forma pauperis* on this Court's approved form, or (b) pay the full filing fee of $400 to continue to prosecute this matter.

The Court notes that Plaintiff has filed a State of Nevada application to proceed without prepayment of fees for a non-prisoner inmate, Docket No. 7, which the Court must deny without prejudice. The Court will provide Plaintiff an opportunity to either (1) file a <u>fully complete</u> application to proceed *in forma pauperis* by a non-prisoner on this Court's form or (2) pay the full filing fee of $400. The Plaintiff must do so no later than July 30, 2021. Otherwise, the Court will close this matter.

The Court will not screen Plaintiff's First Amended Complaint until the matter of the payment of the filing fee is resolved.

Accordingly,

THE COURT **ORDERS** that Plaintiff's Application to Proceed *In Forma Pauperis* on the State of Nevada form is **DENIED** without prejudice. Docket No. 7.

THE COURT **ORDERS** that the Clerk of the Court SEND Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

THE COURT FURTHER **ORDERS** that, no later than **July 30, 2021**, Plaintiff will either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full filing fee of $400 for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that this case will be closed if Plaintiff fails to timely comply with this order.

DATED: June 30, 2021.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE